IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JOHN SLAUGHTER, | No. 3:14-cv-01811-YY |
| Plaintiff, | |
| v. | |
| OFFICER NATE WILL, OFFICER WILLIAM COTE, OFFICER HEATHER WAKEM, city police department employees, CITY OF TIGARD, by and through the City of Tigard Police Department, a political subdivision of the State of Oregon, | ORDER |
| Defendant. | |

HERNANDEZ, District Judge:

      Magistrate Judge You issued a Findings and Recommendation (#22) on June 15, 2016, in which she recommends that this Court grant Defendant's motion for partial summary judgment. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

      Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. United States v.

1 - ORDER

Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); see also United States v. Bernhardt, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge You's Findings & Recommendation [22]. Accordingly, Defendant's motion for partial summary judgment [15] is granted and Plaintiff's elder abuse claim is dismissed with prejudice.

IT IS SO ORDERED.

DATED this 27 day of July, 2016.

*/s/ Marco Hernandez*
MARCO A. HERNANDEZ
United States District Judge